| | |
|---|---|
| **DEFENDANT:** | Anthony James Romero |
| **YOB/AGE:** | **1991/30** |
| **COMPLAINT FILED?** | _____ Yes   _____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| **OFFENSE(S):** | 21 U.S.C. § 841(a)(1), Distribution of and possession with intent to distribute controlled substances |
| | 21 U.S.C. § 843(b), Use of a communication facility to commit a felony drug trafficking offense. |
| **LOCATION OF OFFENSE:** | Mesa, Colorado |
| **PENALTY:** | NLT 10 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| | NMT 4 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| **AGENT:** | Daniel Porter, Inspector, U.S. Postal Inspection Service |
| **AUTHORIZED BY:** | Pete Hautzinger<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less       ____  over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.