**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Daniel Porter, a United States Postal Inspector being duly sworn, hereby state:

**I.     AGENT BACKGROUND AND RELEVANT CRIMES**

1. I am a U.S. Postal Inspector and have been so employed since February of 2017. Currently, I am assigned to the Contraband Interdiction and Investigations (CI2) team of the Denver Division of the United States Postal Inspection Service (USPIS), and specifically to the Prohibited Mailing of Narcotics assignment. I work out of the Grand Junction office. I have completed training at the United States Postal Inspection Service Academy in Potomac, Maryland.

2. Title 21, United States Code, Section 841(a)(1) provides, in relevant part: it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, and shall be imprisoned up to ten years and fined up to $1 million to $10 million.

3. Title 21, United States Code, Section 843(b) provides, in relevant part: it shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II. Each separate use of a communication facility shall be a sperate offense under this subsection. For purposes of this subsection, the term "communication facility" means any and all public and private instrumentalities used or useful in the transmission of writing, signs, signals, pictures, or sounds of all kinds and includes mail, telephone, wire, radio, and all other means of communication, and any person who violates this section shall be sentenced to a term of imprisonment of not more than ten years, a fine under Title 18 or both.

4. This Affidavit is made in support of an application for a Criminal Complaint charging Anthony James ROMERO with distribution and possession with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 843(b).  The Affidavit serves to establish probable cause for the arrest of ROMERO.  It does not detail every fact of the investigation into ROMERO, or all information known to me and other law enforcement investigators regarding ROMERO.  The Affidavit is based on my training and experience as well as my involvement and communications with witnesses and other law enforcement agents in this case.

**II.        STATEMENT OF PROBABLE CAUSE**

5.      On February 25, 2022, I was monitoring United States Postal Service (USPS) databases regarding inbound suspected narcotics package activity via the US Mail around Grand Junction, CO and I identified suspicious mailings being sent to 478 Bing St, Grand Junction, CO 81504.

6.      According to USPS databases, since March 30, 2021, 478 Bing St, Grand Junction, CO 81504 has received a total of nine (9) parcels all, paid for in cash, averaging three (3) pounds, and all sent from Nogales, AZ.  Based on my training and experience I believe these parcels were likely narcotics parcels because they were all paid for in cash and from a known drug source area, and the consistent weights indicate a repeating pattern of shipment and purchase to Grand Junction, CO.

7.      A further search of USPS databases indicates that multiple suspected narcotics proceeds and or bulk cash, were sent from Clifton, CO back to Nogales, AZ shortly around the time of the most recent suspected inbound narcotics parcels.  Of note is that the address of where the suspected narcotics parcels were sent to from Clifton, CO, is linked to and or is currently being monitored by multiple US Postal Inspectors related to multiple narcotics investigations.  This address is located not only close to the US/Mexico border but is also a Commercial Mail Receiving Agency (CMRA), which allows for individuals to open up a PO Box and remain discreet by the CMRA's more often than not being less regulated that official USPS PO Boxes.

Based on my training and experience, CMRAs are often used by Drug Trafficking Organizations (DTOs), to remain anonymous while shipping and receiving payments for drug trafficking through the US Mail.

8. A search of the address at 478 Bing St, Grand Junction, CO 81504 was conducted using USPS databases and CLEAR, a database used by law enforcement to verify names and addresses and phone numbers. The search indicated that an Anthony J. ROMERO and a Jolene R SCARROW/ROMERO came back as the current residents at the address.

9. On February 28, 2022, I drove by the residence of 478 Bing St, Grand Junction, CO 81504, and observed a female, matching the images and descriptions of SCARROW/ROMERO, standing in the front entrance of the residence, as well as multiple vehicles parked in the driveway with license plates registered to both ROMERO and SCARROW/ROMERO.

10. On February 28, 2022, I spoke with multiple local law enforcement officers with the Western Colorado Drug Task Force regarding any local knowledge of ROMERO and SCARROW/ROMERO. Local officers indicated that both ROMERO and SCARROW/ROMERO where well known to be active in the drug community on the Western Slope of CO and had been investigated by multiple agencies prior to my inquiry.

11. A criminal history check of ROMERO indicates a history of evading, assault and homicide charges in Grand Junction, CO back in 2015. According to contact with law enforcement officers with the Western Colorado Drug Task Force, ROMERO has been suspected of being linked to as a possible fentanyl supplier in the area with an investigation into his possible link to overdose related death(s) in Rifle, CO in 2019.

12. A criminal history check of SCARROW/ROMERO indicates a history of burglary, theft, assault, evading, fraud, identity theft and narcotics charges.

13. On April 13, 2022, I received information for an inbound package, a USPS

Priority Mail parcel, tracking number 9505 5125 8893 2101 4429 43, weighing approximately three (3) pounds, eight (8) ounces, addressed to "Tony Romero, 478 Bing St, Grand Junction, Colorado 81504" with a return address of "Jessica Martinez, 82 North Terrace Ave, PMB #355, Nogales, AZ 85621" hereafter referred to as the "**Subject Parcel**", set to be delivered on April 15, 2022, at 478 Bing St, Grand Junction, CO 81504.

14. On April 15, 2022, I intercepted **Subject Parcel** from the Grand Junction Processing and Distribution Facility located at 602 Burkey St, Grand Junction, CO 81505.

15. During a visual and physical examination of the **Subject Parcel**, I noticed several anomalies that based on my training and experience, indicated characteristics of parcels containing controlled substances and/or proceeds of narcotics trafficking, such as:

(a). the **Subject Parcel** is being sent by Priority Mail with a delivery confirmation number, which has a tracking service that allows the sender, recipient, or anyone else with the tracking number to identify the location of the **Subject Parcel** in the mail stream.

(b). The **Subject Parcel** is being mailed from Nogales, AZ to Grand Junction, CO. Arizona is a known source state for distribution of controlled substances and a known destination for drug proceeds from narcotics trafficking due to its proximity to the southwest border with Mexico.

(c). The **Subject Parcel** was heavily taped, and all of the seams were taped over. Based on my knowledge and experience, I know individuals shipping narcotics and narcotic proceeds often use heavy tape on the package and around the seams to deter the odor of the contents.

(d). The **Subject Parcel** was paid for with cash in the amount of $21.90. Based on my knowledge and experience, I know parcels containing narcotics are usually paid for with cash to avoid being tracked back to the sender.

16. Based on the factors listed above, I decided to hold the **Subject Parcel** for

additional investigation because the **Subject Parcel** showed characteristics common to parcels containing controlled substances and/or proceeds of narcotics trafficking.

17. The following characteristics about the **Subject Parcel** were noted:

(a). A search of the sender's name and address on the **Subject Parcel**, "Jessica Martinez, 82 North Terrace Ave, PMB #355, Nogales, AZ 85621" was conducted using CLEAR, a database used by law enforcement to verify names and addresses and phone numbers. "PMB" indicates a "Post Mailbox" at a CMRA and are used by individuals to obscure their actual home address. The search return indicated a good address, but the name "Jessica Martinez" was not associated with the address. Based on my training, experience, and conversations with other law enforcement officers, I know that individuals trafficking controlled substances or proceeds from controlled substances will often use fictitious names and/or fictitious addresses in an effort to remain anonymous.

(b). A search of the recipient address on the **Subject Parcel**, "478 Bing St, Grand Junction, Colorado 81504" was conducted using CLEAR. The search did return a good address, and the name "Tony Romero" is associated with the address.

18. On April 15, 2022, at 1:58 p.m., I arranged for the **Subject Parcel** to be examined by a trained drug detecting canine, Merlin, and handler, Grand Junction Police Department Officer Joey Gonzalez. Three control parcels were placed on the ground along with the **Subject Parcel**. All parcels were placed approximately four feet away from each other. I observed Merlin sniff all of the parcels present on the floor. Officer Gonzalez confirmed Merlin positively alerted on the **Subject Parcel**.

19. On April 15, 2022, at approximately 4:00 p.m., a federal search warrant for the **Subject Parcel**, signed by U.S. Magistrate Judge Gordon P. Gallagher in Grand Junction, CO, was executed. Inside the **Subject Parcel** and wrapped inside a black plastic bag was a black and gold knitted shawl, a pink jump rope still inside packaging, and a "infunbebe" brand "flower

;

shape sorter" children's toy which had clearly been repackaged. Secreted inside the center of the flower toy were two black bundles, which were tightly wrapped in black tape and vacuum-sealed, which concealed approximately 391 grams of blue pills labeled "M-30." Based on my training and experience these are likely to be counterfeit as they were not contained with any factory wrapping and or packaging. Mexican Cartels have been known to make these pills due to the high demand of opiates and these pills are often fentanyl.

### III.     CONCLUSION

20.     Based on the above evidence, there is probable cause to believe that, on April 15, 2022, Anthony Romero was in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 843(b).

Respectfully submitted,

*s/ Daniel Porter*
Daniel Porter
United States Postal Inspector

Submitted, attested to, and acknowledged by reliable electronic means on April __18__, 2022.

_____
The Honorable Gordon P. Gallagher
United States Magistrate Judge

Affidavit was reviewed and submitted by AUSA Pete Hautzinger