AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. |
|  | ) |
|  | ) |
| Anthony James Romero | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony James Romero ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1);
Use of a communication facility to commit a felony drug trafficking offense, in violation of Title 21, United States Code, Section 843(b).

Date: 4/18/22

*Issuing officer's signature*

City and state:   Grand Junction, Colorado

Gordon P. Gallagher - USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/18/22 , and the person was arrested on *(date)* 4/19/22
at *(city and state)* Grand Junction, CO .

Date: 4/19/2022

*Arresting officer's signature*

Daniel Porter  U.S. Postal Inspector
*Printed name and title*