# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JAMES ROMERO

    Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:09 pm, May 19, 2022*
**JEFFREY P. COLWELL, CLERK**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about and between March 31, 2021 and April 19, 2022, within the State and District of Colorado and elsewhere, ANTHONY ROMERO and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about and between March 31, 2021 and April 19, 2022, within the State and District of Colorado and elsewhere, ANTHONY ROMERO and others both known

and unknown to the Grand Jury, did knowingly and intentionally use any communication facility, namely the U.S. mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code Sections 841(a)(1) and (b)(1)(B)(vi) and 846, that is, offenses set forth in Count 1 of this indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Sections 843(b).

## COUNT 3

On or about April 19, 2022, within the State and District of Colorado and elsewhere, the defendant, ANTHONY ROMERO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, and said firearms and ammunition had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:


  Ink signature on file in Clerk's office
FOREPERSON

COLE FINEGAN
United States Attorney

By: _s/ Pete Hautzinger_
PETE HAUTZINGER
Assistant U.S. Attorney
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: peter.hautzinger@usdoj.gov
Attorney for United States