| | |
|---|---|
| **DEFENDANT:** | Anthony James Romero |
| **YOB:** 1991 | **AGE:** 30 |
| **COMPLAINT FILED?** | __X__ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER __22mj68__ |
| **OFFENSE(S):** | **Count 1:** 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to distribute and possess with intent to distribute controlled substances |
| | **COUNT 2:** 21 U.S.C. § 843(b), Use of a communication facility to commit a felony drug trafficking offense. |
| | **COUNT 3:** 18 U.S.C. § 922(g)(1), Possession of a firearm by prohibited person |
| **LOCATION OF OFFENSE:** | Mesa, Colorado |
| **PENALTY:** | NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine or both; NLT 4 years supervised release; $100 Special Assessment |
| | NMT 4 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| | NMT 10 years imprisonment, NMT $250,000 fine or both; NLT 3 years supervised release; $100 Special Assessment |
| **AGENT:** | Daniel Porter, Inspector, U.S. Postal Inspection Service |
| **AUTHORIZED BY:** | Pete Hautzinger Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__ five days or less     ____ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.