IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 22-CR-166-CMA-GPG | Court Deputy: A. Barnes |
| **Date:  May 20, 2022** | Recorder: Grand Jct - FTR |

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. ANTHONY JAMES ROMERO**,
Defendants.

_____

Minutes: Initial Appearance on Indictment, Arraignment, and Discovery Conference
_____

10:56 PM

Defendant Romero appeared in custody in person.  AUSA Peter Hautzinger appeared in person.  AFPD Jared Westbroek appeared via VTC.

The Court advised the Defendant on the Indictment.

**This case falls within the Western Slope Protocol Practice (WSPP) and shall be re-initialed "CMA-GPG."**

Defendant waived further advisement and arraignment and entered a plea of "NOT GUILTY" to the Counts of the Indictment which the Court accepted.

Discovery memorandum discussed and the Court entered a Discovery Order with the following calculations apply:  **30 days is June 19, 2022.  70 days is July 29, 2022; and 90 days is July 18, 2022.   Government disclosures due June 6, 2022 and Defense are due July 6, 2022.**

ORDERED: Ends of Justice motions deadline is 30 days from today.

ORDERED: Jury Trial set for **8:30 a.m. on Wednesday, July 6, 2022** in Room 323 of the Aspinall Federal Building before Judge Christine Arguello.

ORDERED: Defendant remains remanded into USMS custody.

Hearing concluded at: 11:07 AM
Hearing duration: 11 minutes