IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States Magistrate Judge Gordon P. Gallagher

Criminal Action No. 22-cr-000166-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JAMES ROMERO,

    Defendant(s).

---

ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT

---

This matter is before the Court on Defendant's Unopposed Motion to exclude 120 days (D. 27). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion.

Defendant was recently indicted for conspiracy to distribute and possess with intent to distribute controlled substances and other counts. Defense Counsel received discovery on May 31, 2022. Defendant cannot reasonably be prepared to proceed with his attorney effectively representing him by July 6, 2022. Currently, Defendant is being held in Grand Junction and his Counsel is in Denver-- although that may change.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.

It is, therefore, ORDERED that Defendant's Unopposed Motion is GRANTED and the Court hereby grants an ends of justice continuance in this matter until the new trial date set forth below, which time shall be excluded from the speedy trial clock. It is

FURTHER ORDERED that the Final Trial Preparation Conference WILL BE SET upon ORDER of the presiding District Judge.  It is

FURTHER ORDERED that the five-day jury trial set to begin on July 6, 2022 is VACATED and RESET to November 7, 2022, at 8:30 AM, Courtroom Number 323, Wayne Aspinall Federal Building and United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501, before Judge Christine M. Arguello.  It is

FURTHER ORDERED  that all time between July 6, 2022 and the new date of November 7, 2022 shall be excluded from the speedy trial calculation. The parties are to file a joint memo, within 14 days, providing a current speedy trial calculation.

FURTHER ORDERED  that pre-trial motions are now due no later than September 26, 2022 with responses thereto by October 17, 2022.

FURTHER ORDERED that, pursuant to Federal Rule of Criminal Procedure 59(a), any objection(s) to this non-dispositive order must be made, in writing, within fourteen (14) days or the party will otherwise waive their right to review—this includes any objection(s) to the length

of any continuance of the trial or amount of time which might be excluded from the speedy trial calculation.

Dated this June 19, 2022:

_____

Gordon P. Gallagher

United States Magistrate Judge