| | |
|---|---|
| ☐ County Court  ☒ District Court<br>_____MESA_____ County, Colorado<br>Court Address: 400 ROOD AVE, GRAND JCT, CO 81501<br><br>Plaintiff(s)/Petitioner(s) ANTHONY JAMES ROMERO<br>v.<br>Defendant(s)/Respondent(s) UNITED STATES OF AMERICA | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>ANTHONY J. ROMERO. P.O. BOX 20,000 - 5017<br>GRAND JCT, CO 81502 | Case Number:<br>22-CR-00166-GPG |
| Phone Number:                E-mail:<br>FAX Number:                  Atty. Reg. #: | Division     Courtroom 323 |
| **MOTION TO** __PRO SE__ | |

For the following reasons: (cite any applicable law)




I request the Court to: I WOULD TO BE PRO SE AND REPRESENT MYSELF.




Dated: 12-12-2022

ANTHONY J. ROMERO
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

P.O. BOX 20,000 - 5017
Address
GRAND JCT. CO 81502
City, State and Zip Code

_____
Telephone Number (Home)        (Work)

### CERTIFICATE OF MAILING

I certify that on __12·12·2022__ (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** __PRO SE__ was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: 400 ROOD AVE, GRAND JCT. CO 81501

ANTHONY J. ROMERO
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO



ANTHONY ROMERO
P.O. BOX 20,000-5017
GRAND JCT. CO
81502

JUDGE CHRISTINE M. ARGUELLO
400 ROOD AVE. COURTROOM #323
GRAND JCT. CO
81501

GRAND JUNCTION 815
13 DEC 2022 PM 2 T

81501$2550