**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 1:22-cr-00166 (GPG/CMA)**

**UNITED STATES OF AMERICA**

v.

**ANTHONY JAMES ROMERO,**

    **Defendant.**

---

**ANTHONY JAMES ROMERO'S NOTICE OF DISPOSITION AND MOTION
REQUESTING CHANGE OF PLEA HEARING**

---

The defendant, Anthony James Romero, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Romero requests a Change of Plea Hearing for the Court to consider his plea of guilty pursuant to the plea agreement reached with the government.

Respectfully submitted, this 17th day of January, 2023.

                              VIRGINIA L. GRADY
                              Federal Public Defender

                              *s/ Jared Scott Westbroek*
                              JARED SCOTT WESTBROEK
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Email:  jared_westbroek@fd.org
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

     Peter Grattan Hautzinger, Assistant United States Attorney
      Email: peter.hautzinger@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

     ANTHONY JAMES ROMERO (via U.S. Mail)

      /s/ *Jared Scott Westbroek*
      JARED SCOTT WESTBROEK
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      jared.westbroek@fd.org
      Attorney for Defendant