IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER PRESIDING in ROOM 323

| | |
|---|---|
| Criminal Case No. 1:22-cr-00166-CMA-GPG | Court Deputy: A. Barnes |
| Date: February 6, 2023 | Recorder: Grand Junction |

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1.  ANTHONY JAMES ROMERO,**
Defendant.

---

MINUTES AND ORDERS - CHANGE OF PLEA HEARING
---

Court in Session: 10:08 a.m.

APPEARANCES: For the Government, AUSA Peter Hautzinger via VTC.  Defendant Romero, in custody, appeared in person in Room 323 Grand Junction together with his Defense Attorney, Jared Westbroek.

This matter came before the Court for a change of plea following the filing of unanimous written consent by the parties to the Durango/Grand Junction Protocol to have a United States Magistrate Judge provide advisements and a recommendation and to take an entry of a plea in a change of plea matter.

The Government previously filed an Indictment in this case at  D. 19.

At this hearing, a Plea Agreement is submitted, and filed as Exhibit 1, pursuant to Federal Rule of Criminal Procedure 11.1.  The Defendant was arraigned with regard to Count One of the Indictment. The Defendant now wishes to and does plead guilty to Count One,  a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and Section 846.

The Defendant was sworn and advised regarding:

1. The terms and provisions of the proposed plea agreement;

2. All matters contained in Federal Rule of Criminal Procedure 11.


The Court FINDS that:

(1) The Defendant is fully competent to proceed, to enter an informed plea of Guilty to Count One of the Indictment;

(2) The Defendant understands the nature of the charges to which he is pleading guilty;

(3) The Defendant understands the possible penalties and effects and consequences of a plea of guilty;

(4) The Defendant understands the fundamental Constitutional rights that are being waived including Defendant's right to a jury trial and all the rights associated with a trial;

(5) The Defendant's plea of guilty is voluntary and knowingly made;

(6) The Defendant is satisfied with the representation of Counsel, has been represented through the course of this proceeding, and has no objection, criticism or complaint as to the representation which Defendant has received;

(7) The Defendant acknowledges and agrees with and to the factual basis and the Court finds that both the charge and plea are supported by an independent basis in fact;

(8) The Defendant understands that the penalty imposed by the sentencing Court will be based, in part, upon the facts stated in the plea agreement and may exceed that recommended in it;

(9) Pursuant to the Plea Agreement, the Government intends to follow through with its promises therein so long as the terms of the Plea Agreement are adhered to by Defendant.

It is hereby ORDERED:

1) The Plea Agreement (Exhibit 1) and the Statement by Defendant in Advance of Plea of Guilty (Exhibit 2) are received and admitted.

2) The Probation Department shall conduct, or update, a pre-sentence investigation and submit a pre-sentence report as required by Federal Rule of Criminal Procedure 32. Defendant shall, with the assistance of Counsel, immediately after this hearing or as soon as practicable, make arrangement to participate in the pre-sentence investigation and shall fully cooperate with the Probation Department.

3) The Court sets a Sentencing Hearing as follows: **May 2, 2023 at 8:30 AM** in Room 323/Grand Junction before Senior Judge Christine Arguello.

4) Any motions hearing and/or trial date as to this Defendant in this case is vacated. All non-substantive motions are denied as moot.

5) Defendant remains in custody and remanded to the custody of the USMS.

It is RECOMMENDED that:

1) The Plea and Plea Agreement be accepted.

2) All substantive motions filed heretofore be denied.

The parties may object in writing to the findings and recommendations pursuant to Federal Rule of Criminal Procedure 59(B)(2) within fourteen (14) days.

Court in recess: 10:56 a.m.
Hearing duration: 48 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.