IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Criminal Action No. 22-cr-00166-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JAMES ROMERO,

    Defendant.

## ORDER ADOPTING AND AFFIRMING FEBRUARY 6, 2023 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Docs. ## 37 and 41).  The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count 1 of the Indictment. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regards to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on February 6, 2023, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty.  Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count 1 of the Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on February 6, 2023, is accepted and the Defendant is adjudged guilty of to Count 1 of the Indictment.

DATED: February 23, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge