IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00166-CMA-GPG-1

UNITED STATES OF AMERICA

v.

ANTHONY JAMES ROMERO,

    Defendant.

## ANTHONY JAMES ROMERO'S MOTION TO CONTINUE THE SENTENCING HEARING AND RELATED DEADLINES FOR SIXTY DAYS

    The defendant, Anthony James Romero, through undersigned counsel, requests this Court continue the sentencing hearing currently scheduled for May 2, 2023, and related deadlines, for sixty days.

    (1) On February 6, 2023, Mr. Romero plead guilty to Count 1 of the indictment charging him with violating 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi). Docket Entry Numbers ("DE") 37, 38. The Court scheduled Mr. Romero's sentencing hearing for May 2, 2023. DE 37.

    (2) Due to scheduling conflicts in both the undersigned's and Probation's schedule have prevented Probation being able to interview Mr. Romero in enough time to the get the draft Presentence Investigation Report ("PSR") completed. The PSR interview is currently scheduled for March 8, 2023. That date creates an issue with probation's deadline to complete and file the PSR. Further, the undersigned will be out of the country from March 11, 2023, through March 17, 2023. As a result, additional time is needed for probation to interview Mr. Romero, the undersigned to review that PSR with Mr. Romero, and draft any objections (if necessary).

(3) Mr. Romero is current detained. DE 15.

(4) The government does not object to continuing the sentencing hearing for sixty days.

Wherefore, the undersigned respectfully requests the Court continue the scheduled sentencing hearing and related deadlines for sixty days to allow probation to interview Mr. Romero and file the PSR.

Respectfully submitted, this 3rd day of March, 2023.

>VIRGINIA L. GRADY
>Federal Public Defender
>
>*s/ Jared Scott Westbroek*
>JARED SCOTT WESTBROEK
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Email:  jared_westbroek@fd.org
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed the foregoing **ANTHONY JAMES ROMERO' MOTION TO CONTINUE THE SENTENCING HEARING AND RELATED DEADLINES FOR SIXTY DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Peter Grattan Hautzinger, Assistant United States Attorney
Email: peter.hautzinger@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Anthony James Romero    (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant