IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00166-CMA-GPG-1

UNITED STATES OF AMERICA

v.

ANTHONY JAMES ROMERO,

    Defendant.

---

**ANTHONY JAMES ROMERO'S MOTION TO CONTINUE THE DEADLINE TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT FOR SEVEN DAYS**

---

The defendant, Anthony James Romero, through undersigned counsel, requests this Court extend the deadline to file his objections to the draft Presentence Investigation Report ("PSR"), Docket Entry Number ("DE") 47, for seven days.

(1) On February 6, 2023, Mr. Romero plead guilty to Count 1 of the indictment charging him with violating 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi). DE 37, DE 38. The Court scheduled Mr. Romero's sentencing hearing for May 2, 2023. DE 37.

(2) Mr. Romero's sentencing hearing is currently scheduled for July 17, 2023. DE 46

(3) The PSR was disclosed on June 6, 2023. DE 47. Mr. Romero's objections to that report are due June 20, 2023. *Id*. at 1.

(4) Because the undersigned's office is in Denver, Colorado, and Mr. Romero is detained in Grand Junction, Colorado, the undersigned had to make travel arrangements to review the PSR with Mr. Romero. The soonest the undersigned could travel to Grand Junction was June 20, 2023. The undersigned is currently scheduled to visit with Mr. Romero on June 21, 2023, to review the PSR.

(5) Because the deadline to file objections to the PSR is June 20, 2023, before the undersigned can meet and review the PSR with Mr. Romero, the undersigned requests an additional seven days to file objections – if any – the PSR.

(6) Mr. Romero is current detained. DE 15.

(7) The undersigned has requested the government's position regarding this motion and has not heard back by the time of this filing.

Wherefore, the undersigned respectfully requests the Court extend the current deadline to file PSR objections for seven days to allow him to travel to Grand Junction and review the PSR with Mr. Romero.

Respectfully submitted, this 20th day of June, 2023.

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  jared_westbroek@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2023, I electronically filed the foregoing **ANTHONY JAMES ROMERO'S MOTION TO CONTINUE THE DEADLINE TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT FOR SEVEN DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Peter Grattan Hautzinger, Assistant United States Attorney
Email: peter.hautzinger@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Anthony James Romero    (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant