IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-CR-166 (GPG)

UNITED STATES OF AMERICA

v.

ANTHONY JAMES ROMERO,

Defendant.

## ANTHONY JAMES ROMERO'S OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION REPORT

Pursuant to Federal Rule of Criminal Procedure 32(f), Anthony James Romero files the following objections to the draft presentence investigation report ("PSR"). Docket Entry Number ("DE") 47.

**Paragraphs 18:**

> "The DEA Laboratory in Pleasanton CA conducted forensic analysis of the suspected fentanyl pills seized from the parcel addressed to Anthony Romero on May 13, 2022. That analysis revealed the pills did indeed contain fentanyl and acetaminophen. There was a total of 3,026 pills with a net weight of 328.8 grams. Based on the above, if this case were to go to trial the government would prove that Anthony Romero conspired with his source of supply and others to possess with the intent to distribute fentanyl, a schedule II controlled substance."

**Objection:**

Mr. Romero objects to the facts contained in Paragraph 18 because they are incomplete. While 3,026 pills were received by the U.S. Department of Justice, Drug Enforcement Administration, Western Laboratory ("Lab"), only 9 pills were tested. According to that test "Fentanyl [was] confirmed in 9 units tested of 3,026 units received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance."

Paragraph 19:

[*Intentionally left blank.*]

Objection:

The facts contained in Paragraph 19 should be stricken from the PSR.

Paragraph 21:

[*Intentionally left blank.*]

Objection:

The facts contained in Paragraph 21 should be stricken from the PSR.

Paragraphs 31:

**Base Offense Level:** The guideline for a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) is USSG §2D1.1. A package intended for the defendant was intercepted by the U.S. Postal Service Inspectors and found to contain 3,026 pills, containing fentanyl and acetaminophen with a net weight of 328.8 grams. Because the pills contained at least 280 grams but less than 400 grams of fentanyl, the base offense level is 28. USSG §2D1.1(a)(5) and (c)(6).                **28**

Objection:

Based on his objection to Paragraph 18, Mr. Romero's base offense level is 25. The Lab was able to determine, with 95% certainty, that 70% of the pills contained fentanyl. Seventy percent of 328 grams is 229 grams. As a result, Mr. Romero possessed, with 95% certainty, "[a]t least 160 G but less than 280 G of Fentanyl," resulting in a base offense level of 25, not 28. U.S.S.G. §2D1.1 (a)(5) and (c)(6).

Paragraph 36:

Adjusted Offense Level (Subtotal):                **30**

Objection:

Based on his objections to Paragraphs 18 and 31, Mr. Romero's adjusted offense level is 28.

Paragraph 40:

    Total Offense Level:                                                                 27

Objection:

Based on his objections to Paragraphs 18, 31, and 36, Mr. Romero's total offense level is 25, not 27.

Paragraphs 66:

> Physical Condition
> The defendant has numerous tattoos all of over his body. Several of them are gang-related as he is active with the Norteños gang while in custody. The defendant desires to cease association with them and would prefer to be placed in a "dropout yard." The defendant was exposed to the gang culture while residing at his father's house, where his neighbors were gang members. At the age of 16 or 17, he became involved, noting "I thought it was cool to be in a gang." The defendant plans to have laser tattoo removal upon his release from custody. The defendant's father included that the defendant was involved with the gang when he was younger; however, he believes the defendant is committed to a lifestyle without them.

Objection:

Mr. Romero objects to Paragraph 66 because it is inaccurate. He is not "active with the Norteños gang." Mr. Romero ceased engaging in activity or association with the Norteños gang when he got of prison in 2018.

Paragraphs 71:

> Substance Abuse
>
> The defendant experimented with ecstasy, mushrooms, and cocaine as a teenager. The defendant added he does not enjoy drugs but liked "selling them." The defendant admitted he liked the income from selling drugs, but it was not to "drive nice cars" but rather, to pay bills. The defendant added he recognizes he needs to learn how to earn income a more appropriate way. The defendant is amenable to undergoing a substance abuse evaluation on supervised release.

Objection:

   Mr. Romero objects to Paragraph 71 because it is inaccurate. It is true Mr. Romero did not sell drugs to "'drive nice cars,'" but he does not "like[] 'selling [drugs].'" Mr. Romero turned to selling drugs only because he could not take care of his family – pay the bills – without the added income. Put simply, Mr. Romero did not see another path available to make ends meet.

Paragraph 87:

   Guideline Provisions: Based upon a total offense level of 27 and a criminal history category of III, the guideline imprisonment range is 87 months to 108 months.

Objection:

   Based on his objections to Paragraphs 18, 31, 36, and 40, Mr. Romero's total offense level is 25; coupled with a criminal history category of III, the resulting "guideline imprisonment range" is 70 months to 87 months.

Paragraph 89:

   [*Intentionally left blank.*]

Objection:

   The statement contained in Paragraph 89 should be stricken from the PSR.

Paragraph 103:

   [*Intentionally left blank.*]

Objection:

   The statement contained in Paragraph 103 should be stricken from the PSR.

-
-
-
-
-
-

Respectfully submitted, this 27th day of June, 2023.

        VIRGINIA L. GRADY
        Federal Public Defender

        /s/ *Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Email:  jared_westbroek@fd.org
        Attorney for Mr. Romero

CERTIFICATE OF SERVICE

       I hereby certify that on June 26, 2023, I electronically filed the foregoing **ANTHONY JAMES ROMERO'S OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Peter Grattan Hautzinger, Assistant United States Attorney
Email: peter.hautzinger@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Anthony James Romero (Via U.S. Mail)

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Mr. Romero