# THE 7 HABITS ON THE INSIDE

From
THE 7 HABITS OF HIGHLY EFFECTIVE PEOPLE

FranklinCovey

*Awards this Certificate to*

**Anthony Romero**

*For Successful Completion of*
*Powerful Lessons In Personal Change*
*This 20st Day of February, 2018*

_____
Veronica January
Facilitator

_____
Terry Jaques
Warden

**Stratford Career Institute**

Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount Royal, QC H4T 1X2
1-800-435-5338

## Official Transcript of Grades

Anthony Romero
172045
C D C Unit 1-B
12750 Highway 96 Lane 13
Ordway CO
81034-0001

Date: June 15, 2018
Student Number: G167421
Overall Grade: 91%

### Fitness & Nutrition Program

**Session I**

| Code | Description | Grade |
|---|---|---|
| BBC1A1 | Lifestyle, Health and Quality of Life; Guidelines for Physical Activity; Behavior Modification; Assessment of Physical Fitness; Cardiorespiratory Endurance; Muscular Strength and Endurance; Flexibility; Body Composition | 97 % |
| BBC1B1 | Monitoring Daily Physical Activity; Readiness for Exercise; Exercise Prescriptions; Pilates Exercise System; Preventing and Rehabilitating Low Back Pain; Contraindicated Exercises; Setting Fitness Goals | 96 % |
| BBC1C1 | Aerobic Activities; Aerobics; High-Intensity Interval Training; Rating the Fitness Benefits of Aerobic Activities; Skill-Related Fitness; Team Sports; Tips to Enhance Your Aerobic Workout | 70 % |

**Session II**

| Code | Description | Grade |
|---|---|---|
| BBC2A1 | The Essential Nutrients; Nutrition Standards and Guidelines; Determining Dietary Fat Content; Balancing the Diet; Nutrient Analysis; Vegetarianism; Nutrient Supplementation; Benefits of Foods; Eating Disorders | 95 % |
| BBC2B1 | Tolerable Weight; Fad Dieting; Exercise and Weight Management; Designing Your Own Weight Loss Program; The Body's Reaction to Stress; The Mind/Body Connection; Stress Management; Relaxation Techniques | 90 % |
| BBC2C1 | A Wellness Lifestyle; Causes of Death; Diseases; Accidents; Substance Abuse; Sexually Transmitted Infections; Safety of Exercise Participation and Injury Prevention; Nutrition and Weight Control; Exercise and Aging | 94 % |

**Session III**

| Code | Description | Grade |
|---|---|---|
| BBC7A1 | Basic Nutrients in the Human Diet; Applying the Scientific Process to Nutrition; Dietary Guidelines; Food Groups, Pyramids and Labels; Assessment Methods; Complementary and Alternative Nutrition | 92 % |
| BBC7B1 | Digestion and Absorption; Gastrointestinal Tract; Regulation of Gastrointestinal Activity; Circulation of Nutrients; Gastrointestinal Disorders; Carbohydrate Digestion and Absorption; Regulation of Blood Glucose Levels | 96 % |
| BBC7C1 | Fatty Acids; Lipid Digestion and Absorption; LDL and HDL; Recommended Intakes; Protein Function, Digestion and Absorption; Recommended Intakes; Vegetarian Diet; Effects of Too Little or Too Much Protein | 96 % |

Continued on page 2...



**Stratford Career Institute**

Transcript page 2

**Anthony Romero**
Student Number: G167421

### Session IV

| | | |
|---|---|---|
| BBC8A1 | Metabolism; Biosynthesis and Storage; Regulation of Metabolism; Alcohol Absorption, and Effects on Organ Systems; Body Composition and Weight Management; Health Risks of Being Overweight, Obese or Underweight | 80 % |
| BBC8B1 | Fat–Soluble and Water–soluble Vitamins; Absorption and Storage; Forms and Functions, Sources and Recommendations; Symptoms of Deficiency or Toxicity; Vitamin–like Compounds | 92 % |
| BBC8C1 | Function of Water and Electrolytes; Intake Recommendations; Major Minerals; Trace and Ultra Trace Minerals; Forms and Functions; Sources and Recommendations; Symptoms of Deficiency and Toxicity | 96 % |

### Session V

| | | |
|---|---|---|
| BBC9A1 | Sports Nutrition; Muscles, Energy Systems and Physical Performance; Exercise and Nutritional Needs; Ergogenic Aids; Eating Disorders; Nutrition and Chronic Disease | 92 % |
| BBC9B1 | Nutrition During Pregnancy; Nutrition for Breastfeeding Women; Infant Growth and Development; Feeding Techniques; Energy and Nutrient Needs and Changes During Childhood, Adolescence and Adulthood | 84 % |
| BBC9C1 | Food Safety, Regulation and Technology; Genetically Modified Foods; Malnutrition in America and in the Developing World; Social and Economic Factors; AIDS and Malnutrition; Steps to Reduce Hunger | 88 % |

\* \*  End of Transcript  \* \*



Overall Grade: 91 %
An average overall grade of 70% is required to successfully complete this program.

Average clock hours: 300

Date of Graduation: June 12, 2018



# Stratford Career Institute

Mount–Royal, QC

This is to certify that

## Anthony Romero

has completed a course of studies in

## Fitness & Nutrition

and, in testimony whereof this

## DIPLOMA

with highest honors

*is awarded*

In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 12th of June 2018

Executive Director

Registrar



# NCCER

Board of Trustees confers upon

## Anthony Romero

this certificate of completion for

## Core Curriculum

in the Standardized Craft Training Program
on this Twenty-First day of December, in the year 2017



*Donald E. Whyte*
Donald E. Whyte
President, NCCER



# NCCER

Board of Trustees confers upon

## Anthony Romero

this certificate of completion for

## Construction Site Safety Orientation

in the Standardized Craft Training Program
on this Thirteenth day of October, in the year 2017



*Donald E. Whyte*
Donald E. Whyte
President, NCCER



# NCCER

Board of Trustees confers upon

## Anthony Romero

this certificate of completion for

## Core Curriculum: Introductory Craft Skills

in the Standardized Craft Training Program
on this Twenty-First day of December, in the year 2017




*Donald E. Whyte*
Donald E. Whyte
President, NCCER

# CONGRATULATIONS!

To

**Anthony Romero**

For successfully completing one course of

## Beyond Thinking

Awarded this 4th Day of May, 2018

*Sharon Knurr*

**Book Studied:**
**Maximum Achievement**

Author:

**Brian Tracy**

\# of Presentations Given
**15**

\# Meetings Chaired
**3**

**Beyond Thinking** takes a business-like approach to personal and professional development. Our focus is to help individuals go beyond simply reading books and thinking about the material to actually applying it in their daily lives in order to achieve individual success.

# Pueblo Community College



### Certifies That

## Anthony James Romero

has satisfactorily completed a course of study prescribed for the

## Certificate

## Customer Service Academy

Awarded by the State Board for Community Colleges and Occupational Education
Upon the recommendation of the faculty
In testimony thereof we have affixed our signatures.

Fall 2017

Chair
State Board for Community Colleges
& Occupational Education

President
Pueblo Community College

President
Colorado Community College System