This letter is in regards to Anthony Romero,

Anthony is a very loving and genuine person he's been a part of our family for over four years. His relationship with my grandkids is outstanding he's a good influence on them. He's like a son to me and is best friends with my son who is the kids father. I know everything that's happened will never happen again. And I pray that we can have him home soon. We miss him with all our heart and love him so much. He really is a good man, He's gentle, he's kind, he's a hard worker and all around good person.

Dana Chunn

To whom it may concern:

My name is Robert Scarrow and I am the kids father and I wanted to write this letter in regards to Anthony Romero. In the last 5 years I've watched him interact and maintain a positive influence in our children's lives He has stepped up to the stepdad role considering he doesn't have children of his own. We have built a friendship and I can actually say he is one of my best friends. Anthony is part of this family, and I would like to ask for leniency in his case because he has a huge family support out here and he has been a positive influence in my children and ex-wives life.

Thank you

Robert Scarrow

To whom it may concern

I am writing in regards of my step dad Anthony Romero, in the last about 5 years that I have known him I have seen him grow tramendously he's worked so hard to get to where he is right now I have never seen such a hard worker he has been there for me through so much I don't know what I would do without him for this time that he has been gone it has been some of the hardest times I hate not having him here. for the time that he has been with my mom I have never seen her happier Anthony brings joy to the people around him so I ask the court to please have some leniency and to lower his sentence I miss him more then anything and I need him home.

Thank you for your time

Sincerely, Alana Scarrow

Hello,

 I am Andrea Romero. I am Anthony's 18 year old little sister. I am writing this on behalf of Anthony. Although he has made many mistakes he has told me that he regrets what he has done.

Over the years, Anthony has been the best sibling out of the 5 older ones that I have. He has invested in my life and supported me in everything I've done. He told me before I came to college that he was proud of me and was always there if I needed anything. He has gone to my school plays and recitals. He has made sure I'm taken care of and told me that the situation with some friends I was in was not good. I love my brother very much and even when we didn't agree he was always there if I needed to talk or I needed to cry. Anthony is truly a great brother.

I know Anthony did wrong, but I truly believe that he knows that he's done wrong and that he has changed. Anthony deserves what you give him, but I am asking as his little sister to give him grace and minimize his time.

To whom it may concern

Anthony Romero is the best step dad anyone could ask for he always brought jay wherever he went, he was the funniest, sweetest guy I have ever met. He always tried his best to spend time with me I would ask the dr for less time for him so he could be back and watch me grow into the young man I am becoming.

Thank you for your time

we love and miss him.

Sincerely, Dallas Scarrow

To whom it may Concern

Anthony has been in my daughters and Grandkids lives for five years. In those years I have seen them all grow in a positive way.

He has did a fine job with them especially as he had no kids. He stepped up to the plate and I respect him for it.

I'm 65 and hope Anthony can get considered for the person that he is the less Time for him would greatly put my mind at rest as no one knows how long they will be on this earth.

If he is out I could go peacefully if I must go but I would know my daughter and Grandkids would be well taken care of by a devoted loveing man

his Father inlaw    Kevin Trumbo
    Kev Trumb

Your Honor,

My name is MaryAnn Romero and I am writing this letter on behalf of my grandson Anthony Romero.

As a grandmother, I would never have wanted to see my grandson in the situation that he is in now.

I would like to vouch for the good character of my grandson. He is extremely helpful to his entire family. I am almost 74 years old and know in my heart that Anthony will always be there for me. Anthony is respectful and dedicated husband, father, son, brother and grandson.

I believe with total confidence that Anthony is remorseful and will do anything in his power to make amends for his mistakes. I pray that you will be lenient with his sentence to prevent hardship on him and his family.

Thank you for you consideration in this matter

Respectfully
MaryAnn Romero

Hello, my name is Nickolous Barber, and I am Anthony's younger brother. Unfortunately, I won't be able to attend my brother's sentencing as I am currently serving in the Army and stationed at Wheeler Army Airfield, Hawaii. As active-duty personnel, I am unable to make the trip. My older brother has been a significant influence in my life. He has taught me the importance of staying fit, eating healthily, and managing my time effectively. I know he is proud of my accomplishments in the military, and I would love to show him how much I have improved. It would be a gift to have him home, with the family when I am able to come home for Christmas.

**Ryan Barlament**
109 Sawick Court
Spotsylvania, VA 22553
540.429.1102
barlamentryan@gmail.com

21st February 2023

**RE: Anthony Romero**

To the Honorable Judge:

I am writing this on behalf of my friend, Anthony Romero. Anthony and I grew up together while attending the same Christian school in Grand Junction, CO. This equates to a friendship that has spanned almost two decades. Our friendship is something that I value tremendously.

As Anthony's friend, I am aware of some of the mistakes that he has made in his past. In fact, while I was working as a pastor at Landmark Baptist Church, I was able to visit him almost weekly when he was held in the Mesa County Jail. During these visits, it was clear to me that he was remorseful for his mistakes and wanted to make improvements on his associations. When he was able to be released from jail, I was so encouraged to hear how well Anthony was adjusting to life. His father, Michael Romero, and I would talk almost every week about how well Anthony was doing.

Anthony has an enormous heart. I've always felt that Anthony would be there for me or my family if we ever needed anything. He might be a tough guy, but he turns into mush around his little girl, Asia.

In conclusion, it is my sincere hope that the court would take this letter into consideration. Despite the current charges, I know that Anthony is a high-character individual who deserves another chance.

Sincerely,

Ryan Balament

To whom it may concern

   Anthony has always been reliable, and trustworthy in the 20 years I've known him.

   I know I can count on Anthony in many different ways. I've known Anthony as a work colleague, friend and brother. As an employee Anthony is always a hard work who goes above and beyond and always carries his self in a manner full way.
Anthony is a good friend to have. He is filled with good advice and will break his back for someone who he cares about. He's a good family man. I've got to experience how great of a father figure he is to his step kids.

   Please do not hesitate to contact me if you have any other questions


   Anthony Silva

February 10, 2023

Tonya M Barber
444 30 Rd
Grand Junction, Co 81504
(970)985-0957

To Whom It May Concern,

My name is Tonya I am Anthony Romero's mom. I am writing you to talk about the kind of person he is. I have been a part of Anthonys life from the beginning. Anthony hasn't had the best life nor the worst. But I do have to say something from everything he has been through he turned out to be a person that has a beautiful heart, and he would give you the shirt off his back to help you out.
He just doesn't always do the right things, but they are for the right reasons and tries his best to take care of his family and friends. He is trying to do his best to change his past and move forward.

I am not good and writing and I hope you understand what I am trying to say
Thank you for listing. God bless.

Tonya Barber