IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ANTHONY JAMES ROMERO,

Defendant.

---

**GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE
THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY
UNDER U.S.S.G. §3E1.1(b)**

---

The United States of America, by and through United States Attorney Cole Finegan and the undersigned Assistant United States Attorney, respectfully moves pursuant to the provisions of §3E1.1(b) of the Sentencing Guidelines, that this defendant receive a three-level reduction for acceptance of responsibility on the grounds that the defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

//
//
//
//

Respectfully submitted this this 5th day of July, 2023.

        COLE FINEGAN
        United States Attorney


        By: *s/Pete Hautzinger*
        PETE HAUTZINGER
        Assistant U.S. Attorney
        205 N. 4th Street, Suite 400
        Grand Junction, Colorado 81501
        Telephone: (970) 241-3843
        Fax: (970) 248-3630
        E-mail: peter.hautzinger@usdoj.gov
        Attorney for United States

### CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2023, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to counsel of record.

*s/ Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov