IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

1. **ANTHONY JAMES ROMERO,**

    **Defendant.**

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION [ECF #50]**
_____

    COMES NOW, the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Pete Hautzinger, and hereby responds to the objections the defendant filed to the draft presentence investigation report.

    The government disagrees with the position taken by the defendant and objects to the objections he has raised. The government believes the defendant's position is barred by the explicit language of the plea agreement, which the defendant signed and agreed to under oath before this Court.

    There is specific language in the plea agreement in Section IV (page 5) stating "[T]his stipulation does not preclude either party from presenting additional facts to the Court *which do not contradict facts to which the parties have stipulated*". (emphasis added). The government's position is that the hypothetical 70% bare

minimum posited by the defendant in his objection is indeed contradictory to the facts in the stipulation.

Similarly, on page 10 the plea agreement has this specific language regarding the guideline calculation: "[T]o the extent that the parties disagree about guideline computations, the recitation below identifies the matters which are in dispute". The government's position is that the dispute the defendant now seeks to raise concerning the guideline computations should have been laid out in the plea agreement and since it was not so identified, it ought to now be deemed as waived by this Court.

It is worth noting here that the guideline computation done by the Probation Department is in agreement with the computation contained in the plea agreement, which the defendant signed on January 13, 2023 and agreed to under oath on February 6, 2023.

Respectfully submitted this 5th day of July, 2023.

COLE FINEGAN
United States Attorney

By: *s/Pete Hautzinger*
PETE HAUTZINGER
Assistant U.S. Attorney
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: peter.hautzinger@usdoj.gov
Attorney for United States

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of July, 2023, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION [ECF #50]** using the CM/ECF system which will send notification of such filing to counsel of record in this case.

                                        *s/Cosandra Foster*
                                        COSANDRA FOSTER
                                        Paralegal Specialist
                                        U.S. Attorney's Office
                                        205 N. 4th Street, Suite 400
                                        Grand Junction, CO 81501
                                        Telephone (970) 241-3843
                                        Fax (970) 248-3630