IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. **ANTHONY JAMES ROMERO,**

   Defendant.

___

### GOVERNMENT'S MOTION TO DISMISS COUNTS TWO AND THREE OF INDICTMENT
___

COMES NOW, the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Pete Hautzinger, and hereby moves to dismiss Counts Two and Three of the Indictment which was filed on May 19, 2022.

In support of this request the Government states that the Defendant has entered a guilty plea to Count One of the Indictment and the United States has agreed in the Plea Agreement to dismiss the remaining counts of the Indictment at the time of sentencing. The United States submits that Count One of the Indictment is an adequate representation of the criminal conduct which took place in this matter.

//
//
//

Respectfully submitted this 5th day of July, 2023.

          COLE FINEGAN
          United States Attorney

          By: *s/Pete Hautzinger*
          PETE HAUTZINGER
          Assistant U.S. Attorney
          205 N. 4th Street, Suite 400
          Grand Junction, Colorado 81501
          Telephone: (970) 241-3843
          Fax: (970) 248-3630
          E-mail: peter.hautzinger@usdoj.gov
          Attorney for United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of July, 2023, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS TWO AND THREE OF INDICTMENT** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630