IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. **ANTHONY JAMES ROMERO,**

Defendant.

---

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 55 and 56

---

The United States of America, by and through United States Attorney Cole Finegan and the undersigned Assistant United States Attorney, respectfully moves to restrict documents and attachments, any order revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the documents, any order reveling the contents of those documents and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

//

//

//

//

Respectfully submitted this this 5th day of July, 2023.

        COLE FINEGAN
        United States Attorney

        By: *s/Pete Hautzinger*
        PETE HAUTZINGER
        Assistant U.S. Attorney
        205 N. 4th Street, Suite 400
        Grand Junction, Colorado 81501
        Telephone: (970) 241-3843
        Fax: (970) 248-3630
        E-mail: peter.hautzinger@usdoj.gov
        Attorney for United States

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2023, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 55 and 56** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to counsel of record.

      *s/ Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov