IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00166-GPG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. **ANTHONY JAMES ROMERO,**

Defendant.

## ORDER TO RESTRICT DOCUMENT NOS. 55 and 56

This matter is before the Court on the Government's Motion to Restrict Document Nos. 55 and 56. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of those documents, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of _____, 2023.

BY THE COURT:

_____
THE HON. GORDON P. GALLAGHER
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO