IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | July 17, 2023 |
| Deputy Clerk: | Donald Clement |
| Court Reporter: | Tammy Hoffschildt |
| Probation Officer: | Paige Meador |

| | |
|---|---|
| Criminal Case No.  1:22-cr-00166-GPG-1 | Counsel: |
| UNITED STATES OF AMERICA, | Peter Grattan Hautzinger |
| Plaintiff, | |
| v. | |
| ANTHONY JAMES ROMERO | Jared Scott Westbroek |
| Defendant. | |

## SENTENCING MINUTES

**10:03 a.m.**     **Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Motion for Departure [D. 51], filed July 3, 2023
- Motion for Decrease for Acceptance of Responsibility [D. 52], filed July 5, 2023
- Motion to Dismiss Counts Two and Three [D. 54], filed July 5, 2023
- Motion for Leave to Restrict [D. 57], filed July 5, 2023

Statements by defense counsel, defendant, and government counsel.

Court seals record and Mr. Westbrook states Defendant is going to allow people to remain in the courtroom.

Mr. Westbrook provides argument and objections to presentence report.

Court unseals record.

Statements from family members pertaining to Defendant, argument by Mr. Westbrook, Defendant's statement, and argument by Mr. Hautzinger.

Court finds that the Defendant is at a total offense level 27 with a category of III criminal history which has a guideline imprisonment range of 87 months to 108 months. If the defendant is found to be at a total offense level 25 with the guideline imprisonment range of 70 months to 87 months, that an upward deviation would be appropriate pursuant to the Sentencing Reform Act of 1984 to imprisonment range of 87 months to 108 months.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**ORDERED:** Motion for Departure [D. 51], Motion for Decrease for Acceptance of Responsibility [D. 52], Motion to Dismiss Counts Two and Three [D. 54], Restricted Document [D. 55], and Motion for Leave to Restrict [D. 57] are granted.

**ORDERED:** Probation to complete an amended presentence report striking paragraphs 19, 21, 89, 103, and remove foot notes as stated on the record.

**ORDERED:** Judgment of conviction is entered on Count 1 of the Indictment.

**ORDERED:** Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 75 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years.

**ORDERED:** Within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released. While on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [ECF 58-1].

**ORDERED:** No fine is imposed.

**ORDERED:** The defendant shall pay forthwith a special victim's fund assessment fee of $100 for each Count of conviction for a total of $100.00.

**ORDERED:** Pursuant to the plea agreement of the parties and the defendant's admission to the forfeiture allegations, an order and judgment of forfeiture shall be entered requiring the defendant to forfeit to the United States all personal and real property derived from the proceeds of the offense(s).

**ORDERED:** The mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived.

**ORDERED:**  Presentence confinement credit shall be determined by the Bureau of Prisons.

**ORDERED:**  The defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

**ORDERED**:  Court seals plea agreement

Court recommends defendant to a Bureau of Prison facility in Colorado and has the appropriate rehabilitation programs.

**11:12 a.m.**     **Court in recess.**     Hearing concluded.
Total time in court: 1 Hour 09 Minutes